**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 4, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00212-CV

---

## IN RE DEBRA V. JENNINGS, INDIVIDUALLY AND AS REPRESENTATIVE FOR HER LAW PRACTICE, THE LAW OFFICE OF DEBRA JENNINGS, PLLC; AND LANEASE DICKENS-FULLER, INDIVIDUALLY AS AS REPRESENTATIVE FOR HER LAW PRACTICE, LAW OFFICE OF LANEASE FULLER, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 504,405-401**

## MEMORANDUM OPINION

On April 3, 2023, relators Debra V. Jennings, Individually and as Representative for her Law Practice, The Law Office of Debra Jennings, PLLC; and Lanease Dickens-Fuller, Individually as as Representative for her Law

Practice, Law Office of Lanease Fuller filed a petition for writ of mandamus as well as an emergency motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Jason Cox, presiding judge of the Probate Court No 3 of Harris County, to vacate the trial court's March 24, 2023 order to account and extending temporary injunction.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. Additionally, all pending motions are denied as moot.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.

2